```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION
```

SUSAN FULLER,

       Plaintiff,
v.                                    Case No. 8:13-cv-570-T-33TGW

FOREST PHARMACEUTICALS, INC.,

       Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 14) filed on May 30, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**    Kay Wolf, Esq.

    **Address:**    300 S. Orange Avenue, Suite 1300
                     Orlando, Florida 32801

    **Telephone:**    (407)418-2300

By agreement of the parties, the mediation conference is scheduled for **November 4, 2013, at 9:00 a.m.** at the offices of the mediator stated above.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of May, 2013.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator Kay Wolf, Esq.
          300 S. Orange Avenue
          Suite 1300
          Orlando, Florida 32801